IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE<br><br>**DWAYNE TERRELL ZANDERS,**<br><br>Debtor; | CHAPTER 13<br><br>CASE NO. 18-66734 - JWC |
| **EXETER FINANCE, LLC,**<br><br>Movant,<br><br>Vs.<br><br>**DWAYNE TERRELL ZANDERS,**<br>Debtor;<br>**WARNETTE ZANDERS,** Codebtor;<br>**NANCY J. WHALEY,** Trustee;<br><br>Respondent(s). | CONTESTED MATTER |

## NOTICE OF HEARING

     PLEASE TAKE NOTICE that **Exeter Finance, LLC** has filed a Motion for Relief from Codebtor Stay and related papers with the court seeking an order of relief from the Codebtor Stay.

**PLEASE TAKE FURTHUR NOTICE that the court will hold a hearing on the Motion for Relief from Codebtor Stay, in Courtroom 1203, The U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta GA 30303 at 09:30 AM on November 27, 2018.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleading carefully and discuss with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleading, or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address for the Clerk's Office is: Clerk, United States Bankruptcy Court Room 1340, 75 Ted Turner Drive, SW, Atlanta GA 30303, You may also mail a copy of your

response to the undersigned at the address stated below.

IF THE MOTION IS FOR RELIEF FROM STAY, and a hearing on the motion for relief from the codebtor stay cannot be held within (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the codebtor stay remaining in effect until the court order otherwise.

This November 1, 2018            .                               Signature: /s/ *Germani G. Hunt*
                                                                                                 Germani G. Hunt
                                                                                                  Georgia Bar No: 290515

Allen Legal Group P.C.
P.O. Box 1577
PMB 90656
Atlanta, Georgia 30301
Tel: (470) 381-4323
Fax: (470) 200-3634
germani@bretallen.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE<br><br>**DWAYNE TERRELL ZANDERS,**<br><br>Debtor; | CHAPTER 13<br><br>CASE NO. 18-66734 - JWC |
| **EXETER FINANCE, LLC,**<br><br>Movant,<br><br>Vs.<br><br>**DWAYNE TERRELL ZANDERS,**<br>Debtor;<br>**WARNETTE ZANDERS,** Codebtor;<br>**NANCY J. WHALEY,** Trustee;<br><br>Respondent(s). | CONTESTED MATTER |

## MOTION FOR RELIEF FROM CODEBTOR'S STAY

NOW COMES Exeter Finance, LLC (the "Movant") and moves this Court for relief from the Codebtor stay and shows the Court as follows:

1.

On October 3, 2018, Dwayne Terrell Zanders ("Debtor") filed a Voluntary Petition pursuant to 11 U.S.C. Chapter 13, and said case is pending before this Court.

2.

Movant has a claim in this case secured by a first priority lien against Debtor and Warnette Zanders ("Codebtor") vehicle: **2016 Nissan Altima Sedan 4D S I4,** VIN: **1N4AL3AP7GN306074** (the "Collateral"). Copies of the Motor Vehicle Retail Installment Sales

Contract and Evidence of Title are attached as Exhibits "1" and "2" respectively. As of filing the motion, Codebtor owes a contract balance to Movant of $23,335.51.

3.

Codebtor is in default in the amount of $5,030.06. The last payment of $200.00 was received on October 15, 2018.

4.

Codebtor does not have equity in the Collateral and the Collateral is not necessary to a reorganization that is in prospect.

5.

Cause exists including the lack of adequate protection to grant Movant relief from the codebtor stay so as to authorize Movant to recover and dispose of the Collateral. Movant requests the right to file an amended proof of claim after liquidation of the Collateral.

6.

Movant requests that Bankruptcy Rule 4001(a)(3) be waived.

7.

Movant has no proof of full coverage insurance protecting its interest in the Collateral.

WHEREFORE, Movant prays that this Court:

a) Hold a hearing pursuant to this Motion within thirty (30) days as is required under 11 U.S.C. §1301(a);

b) Grant Movant relief from the codebtor stay under 11 U.S.C. § 1301 (a) so as to allow Movant to recover and dispose of the Collateral and to apply the net proceeds generated therefrom to its claim in this case, and if the dispositions results in a deficiency, amend its

      claim filed in this case, subject to objection;

c) Rule 4001(a)(3) be waived; and

d) Grant such other and further relief as the Court deems to be just and proper.

This November 1, 2018.

                                        Signature: /s/ *Germani G. Hunt*
                                                      Germani G. Hunt
                                                      Georgia Bar No: 290515

Allen Legal Group P.C.
P.O. Box 1577
PMB 90656
Atlanta, Georgia 30301
Tel: (470) 381-4323
Fax: (470) 200-3634
germani@bretallen.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE<br><br>**DWAYNE TERRELL ZANDERS,**<br><br>Debtor; | **CHAPTER 13**<br><br>**CASE NO. 18-66734 - JWC** |
| **EXETER FINANCE, LLC,**<br><br>Movant,<br><br>Vs.<br><br>**DWAYNE TERRELL ZANDERS,**<br>Debtor;<br>**WARNETTE ZANDERS, Codebtor;**<br>**NANCY J. WHALEY, Trustee;**<br><br>Respondent(s). | **CONTESTED MATTER** |

## CERTIFICATE OF SERVICE

I, Germani G. Hunt, hereby certify that I served a copy of the MOTION FOR RELIEF FROM CODEBTOR'S STAY and NOTICE OF HEARING on the following parties via U.S. mail in properly addressed envelope(s) with adequate postage, first class mail or by electronic notification:

Dwayne Terrell Zanders
1685 Stokes Ave SW
Atlanta, GA 30310

Warnette Zanders,
1685 Stokes Ave SW
Atlanta, GA 30310

Howard P. Slomka
Slipakoff & Slomka PC
Overlook III - Suite 1700,
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Avenue,
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

This November 1, 2018.                                  Signature: /s/ *Germani G. Hunt*
                                                                   Germani G. Hunt
                                                                   Georgia Bar No: 290515

Allen Legal Group P.C.
P.O. Box 1577
PMB 90656
Atlanta, Georgia 30301
Tel: (470) 381-4323
Fax: (470) 200-3634
germani@bretallen.com